GEORGE G. MGDESYAN, ESQ. (SBN 225476)
ARAKSYA BOYADZHYAN, ESQ. (SBN 299917)
MGDESYAN LAW FIRM
4529 SHERMAN OAKS AVENUE
SHERMAN OAKS, CA 91403
TELEPHONE: (818) 386-6777
FACSIMILE:  (818) 754-6778
araksya@mgdesyanlaw.com

Attorney for Plaintiff,
DEXTER WHITE

HYDEE FELDSTEIN SOTO, City Attorney- SBN 106866
DENISE C. MILLS, Chief Deputy City Attorney – SBN 191992
SCOTT MARCUS, Chief Asst. City Attorney-SBN 184980
CORY M. BRENTE, Assistant City Attorney-SBN 115453
SHANT TASLAKIAN, Deputy City Attorney-SBN 272485
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900; Fax No.: (213) 978-8785
Email: Shant.Taslakian@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER DAVIN AQUINO, JAMES QUINATA, AND RODOLFO SARMIENTO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEXTER HUBERT WHITE,<br><br>            Plaintiff,<br><br>V.<br><br>CITY OF LOS ANGELES, ET AL.<br><br>            Defendants. | Case No: 2:19-cv-00243-DDP-RAO<br>[Assigned to the Hon. Dean D. Pregerson]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Trial: August 8, 2023 |

---
1
**JOINT STATEMENT OF THE CASE**

1  PLEASE TAKE NOTICE that the parties by and through counsel agree to the
2  following Joint Statement to be read to the jury.
3  
4  This case involves an officer involved shooting which occurred on January
5  11, 2018 near West 40th Place and South Walton Avenue in the City of Los
6  Angeles.  Plaintiff, Dexter Hubert White contends that Defendant Los Angeles
7  Police Officers James Quinata, Davin Aquino, and Rodolfo Sarmiento used
8  
9  excessive force against him in violation of his Fourth Amendment right. Plaintiff
10 also alleges that Defendant City of Los Angeles is liable for violating Plaintiff's
11 
12 Fourth Amendment right to be free from the use of excessive force based on a
13 failure to train said police officers.
14 Defendants City of Los Angeles, James Quinata, Davin Aquino, and Rodolfo
15 
16 Sarmiento deny any wrongdoing and contend that their use of force was lawful and
17 reasonable.
18 //
19 
20 
21 //
22 
23 
24 //
25 
26 //
27 
28

| | | |
|---|---|---|
| 1 | | |
| 2 | | MGDESYAN LAW FIRM |
| 3 | Dated: August 4, 2023 | |
| 4 | | ____/s/ Araksya Boyadzhyan_____ |
| 5 | | GEORGE G. MGDESYAN, ESQ. |
| 6 | | ARAKSYA BOYADZHYAN |
| 7 | | Attorneys for Plaintiff |
| | | DEXTER HUBERT WHITE |
| 8 | | |
| 9 | Dated: August 4, 2023 | CITY ATTORNEY'S OFFICE |
| 10 | | _____/s/ Shant Taslakian_____ |
| 11 | | SHANT TASLAKIAN |
| 12 | | Attorneys for Defendants, |
| | | CITY OF LOS ANGELES, LOS ANGELES |
| 13 | | POLICE DEPARTMENT, OFFICER DAVIN |
| | | AQUINO, JAMES QUINATA, AND RODOLFO |
| 14 | | SARMIENTO |

**JOINT STATEMENT OF THE CASE**