UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**  JS-6

| | |
|---|---|
| Case No. | 2:19cv00243-DDP(RAOx) |
| Title: | *DEXTER HUBERT WHITE v. CITY OF LOS ANGELES; ET AL.* |
| Date | September 1, 2023 |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |

| Catherine Jeang | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Araksya Boyadzhyan<br>George Mgdesyan | Geoffrey Plowden |

____ Day Court Trial   9ᵀᴴ Day Jury Trial

____ One day trial:   ____ Begun (1ˢᵗ day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
____ Witnesses called, sworn and testified.   ____ Exhibits identified.   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by ____
____ Motion to dismiss by ____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict ____ is   ____ granted.   ____ denied.   ____ submitted.
**X** Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to ____ for further trial/further jury deliberation.
**X** Other:   The Court removes this matter from the active caseload and hereby retains jurisdiction.

00 : 14

Initials of Deputy Clerk   CMJ