**REDACTED**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
August 31, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMJ___ DEPUTY

DEXTER HUBERT WHITE,

    Plaintiff,

V.

CITY OF LOS ANGELES, DAVIN AQUINO, RODOLFO SARMIENTO AND JAMES QUINATA

    Defendants.

Case No: 2:19-cv-00243-DDP-RAO

**SPECIAL VERDICT FORM**

We, the jury, being first empaneled and sworn, unanimously find as follows:

**Question No. 1**

Did any of the following defendants use excessive force, as defined in the jury instructions, against Plaintiff Dexter Hubert White?

| | YES | NO |
|---|---|---|
| OFFICER DAVIN AQUINO | | ✓ |
| OFFICER JAMES QUINATA | | ✓ |
| OFFICER RODOLFO SARMIENTO | ✓ | |

*If you answered YES to Question No. 1 as to any defendant, proceed to Question No. 2. If you answered NO to Question No. 1 as to all defendants, go to the last page of this form and have the presiding juror sign and date the verdict form.*

**Question No. 2**

Did the conduct of the following defendants, to whom you answered "Yes" in Question No. 1, cause injury to Plaintiff or cause the deprivation of his rights?

Answer (check "Yes" or "No") following the name of each defendant for whom you answered "Yes" in response to Question No.1.

| | | |
|---|---|---|
| OFFICER DAVIN AQUINO | YES ____ | NO ✓ |
| OFFICER JAMES QUINATA | YES ____ | NO ✓ |
| OFFICER RODOLFO SARMIENTO | YES ✓ | NO ____ |

*If you answered YES to Question No. 2 as to any defendant, proceed to Question No. 3. If you answered NO to Question No. 2 as to all defendants, go to the last page of this form and have the presiding juror sign and date the verdict form.*

## Question No. 3

What are Plaintiff's damages?

a) Past Economic Loss:

    Past Medical Expenses    $ 312,005

    Past Lost Earnings    $ 220,000

    **Total Past Economic Damages**  $ 532,005

b) Future Economic Loss:

    Future Medical Expenses    $ 225,000

    Future Lost Earnings    $ 1,120,000

    **Total Future Economic Damages**  $ 1,345,000

c) Past noneconomic loss, including physical pain/mental suffering:

    $ 0

d) Future noneconomic loss, including physical pain /mental suffering:

    $ 0

*TOTAL:* $ 1,877,005

*Please continue to Question 4.*

## Question No. 4

Did Plaintiff prove, by a preponderance of the evidence that any of the following defendants acted maliciously, oppressively or in reckless disregard of the constitutional rights of Plaintiff?

*Answer (check "Yes" or "No") following the name of each defendant for whom you answered "Yes" in response to Question No.2.*

| | | |
|---|---|---|
| OFFICER DAVIN AQUINO | YES ____ | NO ✓ |
| OFFICER JAMES QUINATA | YES ____ | NO ✓ |
| OFFICER RODOLFO SARMIENTO | YES ✓ | NO ____ |

DATED: 8/31/23