UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER HUBERT WHITE,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>*Defendants*. | **CASE NO.: CV19-00243DDP (RAOx)**<br>*Hon. Judge Dean D. Pregerson, 1st St. CH – Ctrm 9C*<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**[Filed concurrently with Stipulation; and Attestation of Shant Taslakian]** |

After having reviewed and considered the Parties' stipulation, the Court finds *good cause* and orders:

The dismissal of the entire action with prejudice.

Plaintiff, Dexter Hubert White, and Defendant City of Los Angeles waive all costs and fees.

***IT IS SO ORDERED.***

DATED: August 20, 2024

_____
**HONORABLE DEAN D. PREGERSON**
**UNITED STATES DISTRICT JUDGE**

1